| | |
|---|---|
| Lars C. Golumbic, *pro hac vice* <br> Sarah M. Adams *pro hac vice* <br> Rosemary Loehr, *pro hac vice* <br> GROOM LAW GROUP, CHARTERED <br> 1701 Pennsylvania Avenue NW <br> Washington, DC 20006 <br> P: (202) 857-0620 <br> F: (202) 659-4503 <br> lgolumbic@groom.com <br> sadams@groom.com <br> rloehr@groom.com | Kye Douglas Pawlenko, Bar No. 221475 <br> kpawlenko@helpcounsel.com <br> Matthew Bryan Hayes, Bar No. 220639 <br> mhayes@helpcounsel.com <br> HAYES PAWLENKO LLP <br> 1414 Fair Oaks Avenue, Unit 2B <br> South Pasadena, CA 91030 <br> (626) 808-4357 <br><br> Attorneys for Plaintiff <br> DEBORAH RODRIGUEZ |

Dylan D. Rudolph, Bar No. 278707
drudolph@truckerhuss.com
TRUCKER HUSS, APC
135 Main Street, 9th Floor
San Francisco, CA 94105
P: (415) 788-3111
F: (415) 421-2017

Attorneys for Defendants
INTUIT INC.; THE EMPLOYEE BENEFITS
ADMINISTRATIVE COMMITTEE OF THE INTUIT
INC. 401 (K) PLAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH RODRIGUEZ, <br> individually and as a representative of a class of participants and beneficiaries on behalf of the intuit Inc. 401 (k) Plan, <br><br> Plaintiff, <br><br> v. <br><br> INTUIT INC.; THE EMPLOYEE BENEFITS ADMINISTRATIVE COMMITTEE OF THE INTUIT INC. 401(K) PLAN; and DOES 1 to 10 inclusive, <br><br> Defendants. | Case No. 5:23-cv-05053-PCP <br><br> **STIPULATION TO SET A BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND CONTINUE THE CASE MANAGEMENT CONFERENCE** |

STIPULATION TO SET A BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO
DISMISS AND CONTINUE THE CASE MANAGEMENT CONFERENCE - 5:23-cv-05053-
PCP

**TO THE HONORABLE COURT:**

Pursuant to Local Rule 6-1(b), Defendants Intuit Inc. and The Employee Benefits Administrative Committee of the Intuit Inc. 401(k) Plan and Plaintiff Deborah Rodriguez, by and through their counsel of record, stipulate as follows:

WHEREAS, Plaintiff filed her Class Action Complaint on October 2, 2023 (Dkt. 1);

WHEREAS, there is an Initial Case Management Conference before this Court on January 4, 2024 (Dkt. 12);

WHEREAS, Defendants' deadline to respond to Plaintiffs' Complaint is December 4, 2023;

WHEREAS, Defendants anticipate filing a motion to dismiss Plaintiff's Complaint that would, if granted, dismiss Plaintiff's Complaint in full;

WHEREAS, under Local Rule 7-3, Plaintiff's deadline to file an opposition is December 18, 2023, and Defendants' deadline to file their reply is December 26, 2023;

WHEREAS, the Parties have conferred and agree that good cause exists to extend the Parties' briefing deadlines for Defendants' motion given the complexity of the issues, the dispositive nature of Defendants' motion, and anticipated delays caused by holidays;

WHEREAS, no harm or prejudice will result from the proposed changes;

WHEREAS, the Parties further agree that it would promote efficiency and judicial economy to continue the Initial Case Management Conference to 21 days after the hearing on Defendants' motion to dismiss, *see* Hon. P. Casey Pitts, *Standing Ord. for Civil Cases*, § VI, Nov. 13, 2023 (permitting parties to stipulate to extend date for case management conference where defendant intends to file dispositive motion to dismiss);

WHEREAS, the Parties have previously stipulated to an extension to extend the deadline for Defendants' response to Plaintiffs' Complaint (Dkt. 15);

WHEREAS, this Court has made no statements prohibiting future extensions;

THEREFORE, the Parties stipulate and respectfully request that the Court set the following stipulated dates:

STIPULATION TO SET A BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND CONTINUE THE CASE MANAGEMENT CONFERENCE - 5:23-cv-05053-PCP

| Event | Original Date | Stipulated Date |
|---|---|---|
| Defendants' Motion to Dismiss | December 4, 2023 | December 18, 2023 |
| Plaintiff's Opposition | December 18, 2023 | January 22, 2024 |
| Defendants' Reply | December 26, 2023 | February 5, 2024 |
| Noticed Hearing | N/A | February 22, 2024 |
| Case Management Conference | January 2, 2024 | March 14, 2024 (21 days after the hearing on Defendants' Motion to Dismiss) |

Dated: November 29, 2023

GROOM LAW GROUP, CHARTERED
/s/ Sarah M. Adams (*pro hac vice*)
Attorney for Defendants

HAYES PAWLENKO LLP
*/s/ Kye Douglas Pawlenko*
Kye Douglas Pawlenko

STIPULATION TO SET A BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND CONTINUE THE CASE MANAGEMENT CONFERENCE - 5:23-cv-05053-PCP
2