UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH RODRIGUEZ, individually and as a representative of a class of participants and beneficiaries on behalf of the intuit Inc. 401 (k) Plan,<br><br>Plaintiff,<br><br>v.<br><br>INTUIT INC.; THE EMPLOYEE BENEFITS ADMINISTRATIVE COMMITTEE OF THE INTUIT INC. 401(K) PLAN; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 5:23-cv-05053-PCP<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO SET A BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND CONTINUE THE CASE MANAGEMENT CONFERENCE** |

Pursuant to the Parties' Stipulation to Set a Briefing Schedule for Defendants' Motion to Dismiss and Continue the Case Management Conference, and for good cause shown, the Court sets the following briefing schedule:

| Event | Original Date | Stipulated Date |
|---|---|---|
| Defendants' Motion to Dismiss | December 4, 2023 | December 18, 2023 |
| Plaintiff's Opposition | December 18, 2023 | January 22, 2024 |
| Defendants' Reply | December 26, 2023 | February 5, 2024 |
| Noticed Hearing | N/A | February 22, 2024 |
| Case Management Conference | January 2, 2024 | March 14, 2024 (21 days after the hearing on Defendants' Motion to Dismiss) |

In granting this Stipulation, the Court notes that this is the second request related to Defendants' deadline to answer or otherwise respond to the Plaintiff's Complaint. The Court further notes that it has made no statements regarding extensions.

[PROPOSED] ORDER - 5:23-cv-05053-PCP

1

1 | Dated: November __, 2023

_____
Judge P. Casey Pitts
United States District Judge

[PROPOSED] ORDER - 5:23-cv-05053-PCP

2