| | |
|---|---|
| Lars C. Golumbic, *pro hac vice* | Kye Douglas Pawlenko, Bar No. 221475 |
| Sarah M. Adams *pro hac vice* | kpawlenko@helpcounsel.com |
| Rosemary Loehr, *pro hac vice* | Matthew Bryan Hayes, Bar No. 220639 |
| GROOM LAW GROUP, CHARTERED | mhayes@helpcounsel.com |
| 1701 Pennsylvania Avenue NW | HAYES PAWLENKO LLP |
| Washington, DC 20006 | 1414 Fair Oaks Avenue, Unit 2B |
| P: (202) 857-0620 | South Pasadena, CA 91030 |
| F: (202) 659-4503 | (626) 808-4357 |
| lgolumbic@groom.com | |
| sadams@groom.com | Attorneys for Plaintiff |
| rloehr@groom.com | DEBORAH RODRIGUEZ |

Dylan D. Rudolph, Bar No. 278707
drudolph@truckerhuss.com
TRUCKER HUSS, APC
135 Main Street, 9th Floor
San Francisco, CA 94105
P: (415) 788-3111
F: (415) 421-2017

Attorneys for Defendants
INTUIT INC.; THE EMPLOYEE BENEFITS
ADMINISTRATIVE COMMITTEE OF THE INTUIT
INC. 401 (K) PLAN

Additional attorneys listed on the following page.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH RODRIGUEZ, individually and as a representative of a class of participants and beneficiaries on behalf of the intuit Inc. 401 (k) Plan,<br><br>Plaintiff,<br><br>v.<br><br>INTUIT INC.; THE EMPLOYEE BENEFITS ADMINISTRATIVE COMMITTEE OF THE INTUIT INC. 401(K) PLAN; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 5:23-cv-05053-PCP<br><br>**STIPULATION TO EXTEND DEFENDANTS' DEADLINE FOR THE REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

STIPULATION RE EXTENSION FOR REPLY BRIEF - 5:23-cv-05053-PCP

1  Lindsey Barnhart, Bar No. 294995
   COVINGTON & BURLING LLP
2  3000 El Camino Real
   5 Palo Alto Square, 10th Floor
3  Palo Alto, CA 94306-2112
   P: (650) 632-4700
4  F: (650) 632-4800
   lbarnhart@cov.com
5

6  Robert Newman, *pro hac vice* pending
   COVINGTON & BURLING LLP
7  850 10th Street, NW
   Washington, DC 20001
8  P: (202) 662-5125
   F: (202) 778-5125
9  rnewman@cov.com

10 William O'Neil, *pro hac vice* pending
   COVINGTON & BURLING LLP
11 620 Eighth Avenue
   New York, NY 10018
12 P: (212) 841-1103
   F: (646) 441-9103
13 woneil@cov.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE HONORABLE COURT:**

Pursuant to Local Rule 6-1(b), Defendants Intuit Inc. and The Employee Benefits Administrative Committee of the Intuit Inc. 401(k) Plan and Plaintiff Deborah Rodriguez, by and through their counsel of record, stipulate as follows:

WHEREAS, Defendants' deadline to file their reply in support of their Motion to Dismiss is February 5, 2024 (*see* Dkt. 28 (stipulation); Dkt. 29 (order));

WHEREAS, the Parties have conferred and agree that good cause exists to extend the deadline for Defendants' reply because a key member of Defendants' legal team is out unexpectedly on leave for an indefinite period of bereavement;

WHEREAS, no harm or prejudice will result from the proposed changes;

WHEREAS, this extension will not disturb any existing case deadlines;

WHEREAS, per the Court's Standing Order for Civil Cases, this stipulated extension leaves more than "14 days between the final party filing and the hearing Date" on March 14, 2024 (Dkt. 29);

WHEREAS, the Parties have previously stipulated to an extension to extend the deadline for Defendants' response to Plaintiffs' Complaint (Dkt. 15) and whereas the Parties have previously stipulated to an extension on Defendants' deadline for a reply brief in support of Defendants' Motion to Dismiss (Dkt. 28);

WHEREAS, this Court has made no statements prohibiting future extensions;

THEREFORE, the Parties stipulate and respectfully request that the Court set the following stipulated dates:

| Event | Original Date | Stipulated Date |
|---|---|---|
| Defendants' Reply in Support of Motion to Dismiss | February 5, 2024 | February 19, 2024 |

Dated: January 29, 2024

| | |
|---|---|
| GROOM LAW GROUP, CHARTERED | HAYES PAWLENKO LLP |
| /s/ Lars C. Golumbic (*pro hac vice*) | */s/ Kye Douglas Pawlenko* |
| Attorney for Defendants | Kye Douglas Pawlenko |