UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEBORAH RODRIGUEZ,
individually and as a representative of a class of
participants and beneficiaries on behalf of the
intuit Inc. 401 (k) Plan,

        Plaintiff,

    v.

INTUIT INC.; THE EMPLOYEE BENEFITS
ADMINISTRATIVE COMMITTEE OF THE
INTUIT INC. 401(K) PLAN; and DOES 1 to 10
inclusive,

        Defendants.

Case No. 5:23-cv-05053-PCP

**[PROPOSED] ORDER GRANTING
STIPULATION TO EXTEND
DEFENDANTS' DEADLINE FOR THE
REPLY BRIEF IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS**

Pursuant to the Parties' Stipulation to Extend Defendants' Deadline for the Reply Brief in Support of Defendants' Motion to Dismiss, and for good cause shown, the Court sets the following briefing schedule:

| Event | Original Date | Stipulated Date |
|---|---|---|
| Defendants' Reply in Support of Motion to Dismiss | February 5, 2024 | February 19, 2024 |

In granting this Stipulation, the Court notes that this is the third request related to Defendants' deadline to answer or otherwise respond to the Plaintiff's Complaint.  The Court further notes that it has made no statements regarding extensions.

Dated: January __, 2024

                              _____
                              Judge P. Casey Pitts
                              United States District Judge