UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH RODRIGUEZ, individually and as a representative of a class of participants and beneficiaries on behalf of the intuit Inc. 401 (k) Plan,<br><br>Plaintiff,<br><br>v.<br><br>INTUIT INC.; THE EMPLOYEE BENEFITS ADMINISTRATIVE COMMITTEE OF THE INTUIT INC. 401(K) PLAN; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 5:23-cv-05053-PCP<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS' DEADLINE FOR THE REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS |

Pursuant to the Parties' Stipulation to Extend Defendants' Deadline for the Reply Brief in Support of Defendants' Motion to Dismiss, and for good cause shown, the Court sets the following briefing schedule:

| Event | Original Date | Stipulated Date |
|---|---|---|
| Defendants' Reply in Support of Motion to Dismiss | February 5, 2024 | February 19, 2024 |

In granting this Stipulation, the Court notes that this is the third request related to Defendants' deadline to answer or otherwise respond to the Plaintiff's Complaint.  The Court further notes that it has made no statements regarding extensions.

Dated: January 30, 2024

_____
Judge P. Casey Pitts
United States District Judge

[PROPOSED] ORDER - 5:23-cv-05053-PCP

1