| | |
|---|---|
| Lars C. Golumbic, *pro hac vice* <br> Sarah M. Adams *pro hac vice* <br> Rosemary A. Loehr, *pro hac vice* <br> **GROOM LAW GROUP, CHARTERED** <br> 1701 Pennsylvania Avenue NW <br> Washington, DC 20006 <br> P: (202) 857-0620 <br> F: (202) 659-4503 <br> lgolumbic@groom.com <br> sadams@groom.com <br> rloehr@groom.com <br><br> Dylan D. Rudolph, Bar No. 278707 <br> drudolph@truckerhuss.com <br> **TRUCKER HUSS, APC** <br> 135 Main Street, 9th Floor <br> San Francisco, CA 94105 <br> P: (415) 788-3111 <br> F: (415) 421-2017 | Lindsey Barnhart, Bar No. 294995 <br> **COVINGTON & BURLING LLP** <br> 3000 El Camino Real <br> 5 Palo Alto Square, 10th Floor <br> Palo Alto, CA 94306-2112 <br> P: (650) 632-4700 <br> F: (650) 632-4800 <br> lbarnhart@cov.com <br><br> Robert Newman, *pro hac vice* <br> **COVINGTON & BURLING LLP** <br> 850 10th Street, NW <br> Washington, DC 20001 <br> P: (202) 662-5125 <br> F: (202) 778-5125 <br> rnewman@cov.com <br><br> William O'Neil, *pro hac vice* <br> **COVINGTON & BURLING LLP** <br> 620 Eighth Avenue <br> New York, NY 10018 <br> P: (212) 841-1103 <br> F: (646) 441-9103 <br> woneil@cov.com |

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH RODRIGUEZ, individually and as a representative of a class of participants and beneficiaries on behalf of the intuit Inc. 401 (k) Plan, <br><br> Plaintiff, <br><br> v. <br><br> INTUIT INC.; THE EMPLOYEE BENEFITS ADMINISTRATIVE COMMITTEE OF THE INTUIT INC. 401(K) PLAN; and DOES 1 to 10 inclusive, <br><br> Defendants. | Case No. 5:23-cv-05053-PCP <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

**TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:**

Defendants Intuit Inc. and the Employee Benefits Administrative Committee of the Intuit Inc. 401(k) Plan (collectively, "Defendants") hereby provide notice that, on June 17, 2024, the Honorable Beth Labson Freeman of the United States District Court for the Northern District of California issued an order (the "Order") granting defendants' motion to dismiss plaintiff's complaint in *Hutchens v. HP Inc.*, No. 5:23-cv-05875-BLF (N.D. Cal.). A copy of the Court's Order is attached hereto as Exhibit 1.

In its Order, the Court found that plaintiff's allegations challenging defendants' use of forfeitures to reduce defendant HP Inc.'s contributions to its 401(k) plan, instead of using forfeitures to pay the plan's administrative expenses, failed to state plausible claims for breaches of defendants' fiduciary duties, failure to monitor fiduciaries, or violations of ERISA's anti-inurement and prohibited transactions provisions. The Court granted defendants' motion with leave to amend.

Dated: June 18, 2024

**GROOM LAW GROUP, CHTD.**

<u>/s/ *Sarah M. Adams*</u>
Sarah M. Adams (*pro hac vice*)

*Attorney for Defendant Intuit Inc.*