**HAYES PAWLENKO LLP**
Matthew B. Hayes (SBN 220639)
Kye D. Pawlenko (SBN 221475)
mhayes@helpcounsel.com
kpawlenko@helpcounsel.com
1414 Fair Oaks Avenue, Suite 2B
South Pasadena, CA 91030
Tel: (626) 808-4357
Fax: (626) 921-4932

Attorneys for Plaintiff
DEBORAH RODRIGUEZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH RODRIGUEZ, individually and as a representative of a class of participants and beneficiaries on behalf of the Intuit Inc. 401(k) Plan,<br><br>Plaintiff,<br><br>v.<br><br>INTUIT INC.; THE EMPLOYEE BENEFITS ADMINISTRATIVE COMMITTEE OF THE INTUIT INC. 401(K) PLAN; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 5:23-cv-05053-PCP<br><br>**NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND CLASS REPRESENTATIVE SERVICE AWARD**<br><br>Date: November 13, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on November 13, 2025 at 10:00 a.m. in Courtroom 8 of the San Jose Courthouse for the United States District Court for the Northern District of California, located at 280 South 1st Street, San Jose, CA 95113, the Honorable P. Casey Pitts presiding, Plaintiff Deborah Rodriguez ("Plaintiff") will move for entry of an Order approving the following deductions from the class settlement:

1. Attorneys' fees to class counsel in the amount of $647,155.64 and reimbursement of litigation to class counsel in the amount of $17,844.36, which, together, constitute one-third (1/3) of the gross settlement amount; and

2. A service award to Plaintiff in the amount of $5,000.

The motion will be based on this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the Compendium of Evidence filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

DATED: September 15, 2025

**HAYES PAWLENKO LLP**
/s/Matthew B. Hayes
Attorneys for Plaintiff