**HAYES PAWLENKO LLP**
Matthew B. Hayes (SBN 220639)
Kye D. Pawlenko (SBN 221475)
mhayes@helpcounsel.com
kpawlenko@helpcounsel.com
1414 Fair Oaks Avenue, Suite 2B
South Pasadena, CA 91030
Tel: (626) 808-4357
Fax: (626) 921-4932

Attorneys for Plaintiff
DEBORAH RODRIGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH RODRIGUEZ, individually and as a representative of a class of participants and beneficiaries on behalf of the Intuit Inc. 401(k) Plan,<br><br>Plaintiff,<br><br>v.<br><br>INTUIT INC.; THE EMPLOYEE BENEFITS ADMINISTRATIVE COMMITTEE OF THE INTUIT INC. 401(K) PLAN; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 5:23-cv-05053-PCP<br><br>**COMPENDIUM OF EXHIBITS IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND CLASS REPRESENTATIVE SERVICE AWARD**<br><br>Date: November 13, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8 |

Plaintiff Deborah Rodriguez ("Plaintiff") hereby submits the following documents and evidence in support of the motion for attorneys' fees, litigation costs, and class representative service award:

**TABLE OF CONTENTS**

| Document | Exh. No. |
|---|---|
| Declaration of Matthew B. Hayes | 1 |
| Declaration of Plaintiff Deborah Rodriguez | 2 |
| Summary Report and Hourly Time Records | 3 |
| Except from 2024 Real Rate Report | 4 |
| Cost Report | 5 |

DATED: September 15, 2025      **HAYES PAWLENKO LLP**
/s/Matthew B. Hayes
Attorneys for Plaintiff