# EXHIBIT 2

# DECLARATION OF DEBORAH RODRIGUEZ

I, DEBORAH RODRIGUEZ, declare as follows:

1. I have personal knowledge of the facts stated in this declaration and, if called upon to testify, I could and would competently attest as to their truth.

2. I was previously employed by Intuit and participated in the company's 401(k) plan. Each quarter I had expenses deducted from my 401(k) account which depleted my retirement savings.

3. After consulting with counsel, I chose to bring this lawsuit as a class action and serve as a class representative because I wanted to serve the common interest of all participants and beneficiaries of the Intuit 401(k) plan in protecting their retirement savings.

4. In filing this lawsuit, I was aware that I might be responsible for some or all of defendants' legal costs if the case were not successful, especially considering that challenging the company's refusal to use forfeitures to pay the plan's expenses presented a novel issue.

5. I was willing to assume this risk, however, because I felt strongly about the importance of this case.

6. I understand that a class representative:

    (a) represents the interests of all members of the class in litigation to recover money damages or to obtain injunctive relief for the benefit of the class;

    (b) has claims that are typical of those of the class;

    (c) represents, and serves as a voice for, many other current and former plan participants and beneficiaries with similar claims and injuries;

    (d) must consider the interests of the class just as she would consider her own interests, and in some cases must put the interests of the class before her own interests;

(e) actively participates in the lawsuit by following the progress of the case, participating in settlement discussions, assisting with responding to discovery, and giving deposition and trial testimony as needed; and

(f) recognizes and accepts that any resolution of the lawsuit, by dismissal or settlement is subject to court approval, and must be designed in the best interest of the class as a whole.

7. I have no interests which are inconsistent with or in conflict with the interests of other members of the proposed class with regard to this litigation and have endeavored to adequately represent the members of the proposed class in this litigation.

8. Throughout this lawsuit, I have devoted significant time to assisting my lawyers with the case. I estimate that I have spent more than 25 hours on this matter to date.

9. Before the case was filed, I gathered-up and provided my lawyers with various plan documents, fee disclosures, and statements concerning Intuit's 401(k) plan. I conferred with my lawyers about all of these documents and the way in which expenses were charged to and paid from the plan.

10. Once the case commenced, I conferred with counsel about preparing initial disclosures, reviewed documents and written discovery produced by Intuit, assisted counsel with understanding the plan documents produced in discovery, and engaged in monthly telephone and/or email updates on the status of the case.

11. From September 2024 through May 2025, I participated in the protracted settlement discussions and mediation, reviewed and provided my counsel input on potential terms of the settlement, asked questions about settlement provisions, and went over all aspects of the final settlement.

DECLARATION OF DEBORAH RODRIGUEZ

I declare under penalty of perjury pursuant to the laws of the United States and the State of California that the foregoing is true and correct.

_Deborah Rodriguez (Sep 2, 2025 08:03:47 PDT)_

Deborah Rodriguez