# EXHIBIT 3

# Summary Report

Time - Rodriguez v. Intuit, Inc.

Print - Close Window

| Year | Month | Project | Rate | Hours | Amount |
|------|-------|---------|------|-------|--------|
| 2023 | Sep | Kye D. Pawlenko | $650.00 | 77.20 | $50,180.00 |
| 2023 | Sep | Matthew B. Hayes | $700.00 | 5.70 | $3,990.00 |
| **Total for September 2023** | | | | 82.90 | $54,170.00 |
| 2023 | Oct | Kye D. Pawlenko | $650.00 | 12.10 | $7,865.00 |
| 2023 | Oct | Matthew B. Hayes | $700.00 | 4.40 | $3,080.00 |
| **Total for October 2023** | | | | 16.50 | $10,945.00 |
| 2023 | Nov | Kye D. Pawlenko | $650.00 | 3.00 | $1,950.00 |
| **Total for November 2023** | | | | 3.00 | $1,950.00 |
| 2023 | Dec | Kye D. Pawlenko | $650.00 | 50.00 | $32,500.00 |
| **Total for December 2023** | | | | 50.00 | $32,500.00 |
| **Grand Total for 2023** | | | | 152.40 | $99,565.00 |
| 2024 | Jan | Kye D. Pawlenko | $650.00 | 41.80 | $27,170.00 |
| 2024 | Jan | Matthew B. Hayes | $700.00 | 21.00 | $14,700.00 |
| **Total for January 2024** | | | | 62.80 | $41,870.00 |
| 2024 | Feb | Kye D. Pawlenko | $650.00 | 2.40 | $1,560.00 |
| 2024 | Feb | Matthew B. Hayes | $700.00 | 2.20 | $1,540.00 |
| **Total for February 2024** | | | | 4.60 | $3,100.00 |
| 2024 | Mar | Kye D. Pawlenko | $650.00 | 46.60 | $30,290.00 |
| 2024 | Mar | Matthew B. Hayes | $700.00 | 40.20 | $28,140.00 |
| **Total for March 2024** | | | | 86.80 | $58,430.00 |
| 2024 | Apr | Matthew B. Hayes | $700.00 | 5.80 | $4,060.00 |
| **Total for April 2024** | | | | 5.80 | $4,060.00 |
| 2024 | May | Matthew B. Hayes | $700.00 | 9.50 | $6,650.00 |
| **Total for May 2024** | | | | 9.50 | $6,650.00 |
| 2024 | Jun | Kye D. Pawlenko | $650.00 | 2.10 | $1,365.00 |
| 2024 | Jun | Matthew B. Hayes | $700.00 | 78.80 | $55,160.00 |
| **Total for June 2024** | | | | 80.90 | $56,525.00 |
| 2024 | Aug | Kye D. Pawlenko | $650.00 | 4.00 | $2,600.00 |
| 2024 | Aug | Matthew B. Hayes | $700.00 | 17.10 | $11,970.00 |
| **Total for August 2024** | | | | 21.10 | $14,570.00 |
| 2024 | Sep | Matthew B. Hayes | $700.00 | 16.50 | $11,550.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Total for September 2024** | | | | 16.50 | $11,550.00 |
| 2024 | Oct | Matthew B. Hayes | $700.00 | 35.70 | $24,990.00 |
| **Total for October 2024** | | | | 35.70 | $24,990.00 |
| 2024 | Nov | Matthew B. Hayes | $700.00 | 49.50 | $34,650.00 |
| **Total for November 2024** | | | | 49.50 | $34,650.00 |
| 2024 | Dec | Kye D. Pawlenko | $650.00 | 1.10 | $715.00 |
| 2024 | Dec | Matthew B. Hayes | $700.00 | 92.20 | $64,540.00 |
| **Total for December 2024** | | | | 93.30 | $65,255.00 |
| **Grand Total for 2024** | | | | 466.50 | $321,650.00 |
| 2025 | Jan | Kye D. Pawlenko | $650.00 | 45.30 | $29,445.00 |
| 2025 | Jan | Matthew B. Hayes | $700.00 | 35.80 | $25,060.00 |
| **Total for January 2025** | | | | 81.10 | $54,505.00 |
| 2025 | Feb | Matthew B. Hayes | $700.00 | 3.20 | $2,240.00 |
| **Total for February 2025** | | | | 3.20 | $2,240.00 |
| 2025 | Mar | Matthew B. Hayes | $700.00 | 21.30 | $14,910.00 |
| **Total for March 2025** | | | | 21.30 | $14,910.00 |
| 2025 | Apr | Kye D. Pawlenko | $650.00 | 1.90 | $1,235.00 |
| 2025 | Apr | Matthew B. Hayes | $700.00 | 45.60 | $31,920.00 |
| **Total for April 2025** | | | | 47.50 | $33,155.00 |
| 2025 | May | Kye D. Pawlenko | $650.00 | 3.70 | $2,405.00 |
| 2025 | May | Matthew B. Hayes | $700.00 | 31.40 | $21,980.00 |
| **Total for May 2025** | | | | 35.10 | $24,385.00 |
| 2025 | Jul | Matthew B. Hayes | $700.00 | 10.00 | $7,000.00 |
| **Total for July 2025** | | | | 10.00 | $7,000.00 |
| 2025 | Sep | Matthew B. Hayes | $700.00 | 1.70 | $1,190.00 |
| **Total for September 2025** | | | | 1.70 | $1,190.00 |
| **Grand Total for 2025** | | | | 199.90 | $137,385.00 |
| Grand | Total | Kye D. Pawlenko | $650.00 | 291.20 | $189,280.00 |
| Grand | Total | Matthew B. Hayes | $700.00 | 527.60 | $369,320.00 |
| **Grand Total for All** | | | | 818.80 | $558,600.00 |

# Hayes Pawlenko LLP

**1414 Fair Oaks Avenue**
**Unit 2B**
**South Pasadena, CA 91030**

PHONE: 16268084357   FAX: 626.921.4932   mhayes@helpcounsel.com

# INVOICE

INVOICE NUMBER:  16
INVOICE DATE:  SEPTEMBER 10, 2025

Rodriguez v. Intuit, Inc.

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| SEP-01-23 | Kye D. Pawlenko | Telephone conference with client re concerns and retention (0.8); review and analyze Intuit form 5500s and prepare notes re same (1.9); conduct legal research re forfeiture allocation and fiduciary duties and prepare notes re same (2.3). | 4.00 | $650.00 | $2,600.00 |
| SEP-02-23 | Kye D. Pawlenko | Confer with client re plan documents (0.4); conduct legal research re legal procedure for obtaining plan documents and prepare notes re same (0.8); draft request for plan documents (0.8); continue reviewing and analyzing Intuit Form 5500 filings and prepare notes re same (2.5). | 4.50 | $650.00 | $2,925.00 |
| SEP-15-23 | Kye D. Pawlenko | Review correspondence from Intuit attaching Master Plan Document and Summary Plan Descriptions (0.4); begin reviewing and analyze plan documents and prepare notes re same (3.7); conduct legal research and factual analysis re forfeiture allocation duties under ERISA and prepare notes re same (2.2); confer with client re case status (0.5). | 6.80 | $650.00 | $4,420.00 |
| SEP-18-23 | Kye D. Pawlenko | Continue reviewing and analyzing plan documents and prepare notes re same (2.5); conduct further legal research and factual analysis re potential forfeiture allocation claims and prepare notes re same (3.9). | 6.40 | $650.00 | $4,160.00 |
| SEP-20-23 | Kye D. Pawlenko | Continue reviewing and analyzing plan documents and prepare notes re same (1.5); continue conducting legal research and factual analysis re potential claim (3.5); begin outlining complaint (0.9). | 5.90 | $650.00 | $3,835.00 |
| SEP-21-23 | Kye D. Pawlenko | continue outlining complaint (0.8); conduct legal research re ERISA pleading requirements and prepare notes re same (2.5); conduct legal research re breach of fiduciary duty claims and prepare notes re same (3.3). | 6.60 | $650.00 | $4,290.00 |
| SEP-22-23 | Kye D. Pawlenko | Begin drafting complaint (1.3); review and analyze evidence for factual allegations and prepare notes re same (2.0); continue conducting legal research re breach of fiduciary duty claims and prepare notes re same (2.7). | 6.00 | $650.00 | $3,900.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| SEP-25-23 | Kye D. Pawlenko | Continue drafting complaint (1.7); review and revise same (0.5); conduct legal research re solely in the interest and exclusive purpose requirements of ERISA and prepare notes re same (3.6); conduct legal research re ERISA self-dealing prohibition and prepare notes re same (2.2). | 8.00 | $650.00 | $5,200.00 |
| SEP-26-23 | Kye D. Pawlenko | Prepare correspondence to Intuit re incomplete production of plan documents (0.5); continue conducting legal research and factual analysis re forfeiture claims (2.4); conduct legal research re duty of prudence re forfeiture allocation and prepare notes re same (3.9); continue drafting complaint (0.9). | 7.70 | $650.00 | $5,005.00 |
| SEP-26-23 | Matthew B. Hayes | Review and analyze production of plan documents and confer with K. Pawlenko re failure to produce complete plan document (2.1); conduct legal research and factual analysis re obtaining plan adoption agreement and all plan documents and prepare notes re same (1.9); conduct legal research and factual analysis re tax authorities on handling of forfeitures and prepare notes re same (1.7). | 5.70 | $700.00 | $3,990.00 |
| SEP-27-23 | Kye D. Pawlenko | Conduct legal research and factual analysis re self-dealing claim and prepare notes re same (2.8); continue drafting complaint (1.2); conduct legal research and factual analysis re prohibited transaction claim and prepare notes re same (3.0). | 7.00 | $650.00 | $4,550.00 |
| SEP-28-23 | Kye D. Pawlenko | Review and analyze correspondence from Intuit attaching additional plan documentation (0.4); review and analyze supplemental production and prepare notes re same (1.8); conduct legal research re terms of plan documents (1.5); confer with client re case status (0.4); conduct legal research re duty of loyalty and prepare notes re same (2.3); continue drafting complaint (1.2). | 7.60 | $650.00 | $4,940.00 |
| SEP-29-23 | Kye D. Pawlenko | Continue conducting legal research re use of plan assets to offset employer contributions as violation of ERISA anti-inurement provisions and prepare notes re same (3.9); draft section of complaint re anti-inurement claim (1.9); review and revise same (0.9). | 6.70 | $650.00 | $4,355.00 |
| OCT-01-23 | Kye D. Pawlenko | Review and analyze plan statement provided by client and prepare notes re same (1.2); continue drafting complaint (1.0). | 2.20 | $650.00 | $1,430.00 |
| OCT-02-23 | Kye D. Pawlenko | Continue researching claim for prohibited transactions and prepare notes re same (2.6); finish preparing initial draft of complaint (1.3); review and revise same (0.9); confer with M. Hayes re incorporating edits and finalize complaint for filing (1.2). | 6.00 | $650.00 | $3,900.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| OCT-02-23 | Matthew B. Hayes | Review and analyze draft complaint (0.9); conduct legal research re claims (2.0); revise draft complaint (1.5). | 4.40 | $700.00 | $3,080.00 |
| OCT-03-23 | Kye D. Pawlenko | Review and analyze assigned Magistrate Judge standing order and confer with client re case status. | 1.00 | $650.00 | $650.00 |
| OCT-08-23 | Kye D. Pawlenko | Review and analyze additional plan document material furnished by client and prepare note re same. | 1.50 | $650.00 | $975.00 |
| OCT-20-23 | Kye D. Pawlenko | Review correspondence from Intuit general counsel re deadline to respond to complaint and respond to same. | 0.50 | $650.00 | $325.00 |
| OCT-26-23 | Kye D. Pawlenko | Meet and confer with defense counsel re stipulating to additional time for Intuit to respond to complaint (0.4); review and revise stipulation re same (0.5). | 0.90 | $650.00 | $585.00 |
| NOV-02-23 | Kye D. Pawlenko | Confer with client re case status and alternative dispute options. | 0.30 | $650.00 | $195.00 |
| NOV-03-23 | Kye D. Pawlenko | Telephone conference with client re next steps in case. | 0.40 | $650.00 | $260.00 |
| NOV-24-23 | Kye D. Pawlenko | Meet and confer with defense counsel re anticipated motion to dismiss and briefing schedule for same. | 0.80 | $650.00 | $520.00 |
| NOV-27-23 | Kye D. Pawlenko | Further meet and confer with defense counsel re setting briefing schedule for motion to dismiss complaint. | 0.50 | $650.00 | $325.00 |
| NOV-29-23 | Kye D. Pawlenko | Review and revise stipulation re briefing schedule for motion to dismiss (0.5); meet and confer with defense counsel re same (0.5). | 1.00 | $650.00 | $650.00 |
| DEC-18-23 | Kye D. Pawlenko | Review and analyze motion to dismiss and prepare notes re same (1.9); conduct legal research and factual analysis re authorities cited in motion and prepare notes re same (2.0). | 3.90 | $650.00 | $2,535.00 |
| DEC-19-23 | Kye D. Pawlenko | Continue reviewing and analyzing motion to dismiss and prepare notes re responding to same (2.3); continue conducting legal research and factual analysis re authorities cited in motion to dismiss and prepare notes re same (4.5); review and analyze plan documents submitted with motion (1.6). | 8.40 | $650.00 | $5,460.00 |
| DEC-20-23 | Kye D. Pawlenko | Continue reviewing and analyzing plan documents submitted with motion to dismiss and prepare notes re same (2.2); outline opposition arguments (1.5); conduct legal research and factual analysis for opposition brief and prepare notes re same (3.5). | 7.20 | $650.00 | $4,680.00 |
| DEC-21-23 | Kye D. Pawlenko | Continue conducting legal research and factual analysis for opposition brief and prepare notes re same. | 5.40 | $650.00 | $3,510.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| DEC-22-23 | Kye D. Pawlenko | Continue conducting legal research and factual analysis for opposition brief and prepare note re same. | 5.90 | $650.00 | $3,835.00 |
| DEC-27-23 | Kye D. Pawlenko | Continue outlining opposition brief (1.0); begin drafting opposition brief (2.5); conduct legal research and factual analysis re same (2.8). | 6.30 | $650.00 | $4,095.00 |
| DEC-28-23 | Kye D. Pawlenko | Continue drafting opposition to motion to dismiss (4.5); conduct legal research and factual analysis for same (2.3). | 6.80 | $650.00 | $4,420.00 |
| DEC-29-23 | Kye D. Pawlenko | Continue drafting opposition to motion to dismiss (4.8); review and revise same (1.3). | 6.10 | $650.00 | $3,965.00 |
| JAN-03-24 | Matthew B. Hayes | Review and analyze motion to dismiss (1.9); conduct legal research and factual analysis re authorities cited in same (2.3); provide direction to K. Pawlenko re arguments for opposition (1.2). | 5.40 | $700.00 | $3,780.00 |
| JAN-04-24 | Kye D. Pawlenko | Continue drafting opposition to motion to dismiss (4.0); review and revise same (0.8); conduct legal research and factual analysis re same (2.3). | 7.10 | $650.00 | $4,615.00 |
| JAN-05-24 | Kye D. Pawlenko | Continue drafting opposition to motion to dismiss (4.8); review and revise same (1.9). | 6.70 | $650.00 | $4,355.00 |
| JAN-08-24 | Kye D. Pawlenko | Continue drafting opposition to motion to dismiss (4.5); conduct legal research re anti-inurement authorities (1.4); review and revise opposition brief (0.5). | 6.40 | $650.00 | $4,160.00 |
| JAN-09-24 | Matthew B. Hayes | Review and analyze draft opposition to motion to dismiss (2.6); conduct legal research and factual analysis re additional arguments for same (2.8); provide direction to K. Pawlenko re edits to brief (0.9). | 6.30 | $700.00 | $4,410.00 |
| JAN-10-24 | Kye D. Pawlenko | Conduct legal research and factual analysis re Intuit injury argument and prepare notes re same (2.8); continue revising opposition to motion to dismiss (2.0). | 4.80 | $650.00 | $3,120.00 |
| JAN-11-24 | Kye D. Pawlenko | Continue research Intuit's injury argument in motion to dismiss and drafting response to same (3.2); conduct legal research re same (1.7). | 4.90 | $650.00 | $3,185.00 |
| JAN-12-24 | Kye D. Pawlenko | Continue drafting second draft of opposition to motion to dismiss (3.7); review and revise same (1.7). | 5.40 | $650.00 | $3,510.00 |
| JAN-13-24 | Matthew B. Hayes | Review and analyze second draft of opposition to motion to dismiss (1.8); conduct legal research re injury argument (2.0); provide direction to K. Pawlenko re revisions (0.7). | 4.50 | $700.00 | $3,150.00 |
| JAN-16-24 | Kye D. Pawlenko | Further revise opposition to motion to dismiss. | 2.90 | $650.00 | $1,885.00 |
| JAN-17-24 | Matthew B. Hayes | Draft request for judicial notice for opposition to motion to dismiss (1.6); review and revise same (1.0). | 2.60 | $700.00 | $1,820.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JAN-19-24 | Kye D. Pawlenko | Continue reviewing and revising opposition to motion to dismiss. | 2.00 | $650.00 | $1,300.00 |
| JAN-22-24 | Kye D. Pawlenko | Review, revise and finalize opposition to motion to dismiss. | 1.60 | $650.00 | $1,040.00 |
| JAN-24-24 | Matthew B. Hayes | Meet and confer with defense counsel re reply brief deadline. | 0.30 | $700.00 | $210.00 |
| JAN-25-24 | Matthew B. Hayes | Further meet and confer with defense counsel re request for extension on reply brief. | 0.40 | $700.00 | $280.00 |
| JAN-29-24 | Matthew B. Hayes | Review and revise stipulation extending Intuit's deadline to file reply (0.5); meet and confer re same (0.4); confer with client re case status (0.6). | 1.50 | $700.00 | $1,050.00 |
| FEB-19-24 | Kye D. Pawlenko | Review and analyze Intuit's reply brief in support of motion to dismiss and prepare notes re same. | 2.40 | $650.00 | $1,560.00 |
| FEB-20-24 | Matthew B. Hayes | Review and analyze Intuit reply brief. | 2.20 | $700.00 | $1,540.00 |
| MAR-06-24 | Kye D. Pawlenko | Meet and confer with defense counsel re scheduling Rule 26(f) conference. | 0.50 | $650.00 | $325.00 |
| MAR-07-24 | Kye D. Pawlenko | Further meet and confer with defense counsel re preparing for Rule 26(f) conference (0.6); analyze topics for conference and prepare notes re positions on same (1.3). | 1.90 | $650.00 | $1,235.00 |
| MAR-08-24 | Matthew B. Hayes | Review and analyze briefing re motion to dismiss complaint and prepare notes re same for oral arguments (3.3); conduct legal research and factual analysis re authorities relied on by Intuit and prepare notes re same (2.6); outline oral arguments (1.8). | 7.70 | $700.00 | $5,390.00 |
| MAR-10-24 | Matthew B. Hayes | Continue reviewing and analyzing briefing on motion to dismiss and outlining arguments for hearing (3.8); conduct further legal research re same (2.2). | 6.00 | $700.00 | $4,200.00 |
| MAR-12-24 | Kye D. Pawlenko | Prepare for Rule 26(f) conference (0.9); participate in Rule 26(f) conference with defense counsel (0.6); outline joint report (0.8). | 2.30 | $650.00 | $1,495.00 |
| MAR-12-24 | Matthew B. Hayes | Participate in Rule 26(f) conference with defense counsel (0.6); continue outlining arguments for hearing on motion to dismiss (3.0); conduct legal research re same (1.9). | 5.50 | $700.00 | $3,850.00 |
| MAR-13-24 | Matthew B. Hayes | Continue preparing for hearing on motion to dismiss and outlining arguments (3.7); conduct legal research re arguments and prepare notes re same (2.4); travel to San Jose for hearing (2.3). | 8.40 | $700.00 | $5,880.00 |
| MAR-14-24 | Matthew B. Hayes | Finish preparing for oral argument on motion to dismiss (2.7); attend hearing on motion to dismiss (1.0); confer with client re case status (0.6). | 4.30 | $700.00 | $3,010.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| MAR-15-24 | Kye D. Pawlenko | Conduct legal research re requirements for Rule 26(f) report (0.9); outline draft joint report (0.5); begin drafting report (1.8); review and revise same (0.6). | 3.80 | $650.00 | $2,470.00 |
| MAR-18-24 | Kye D. Pawlenko | Continue preparing draft joint Rule 26(f) report (1.6); review and revise same (0.5); meet and confer with Intuit's counsel re draft joint report (0.4). | 2.50 | $650.00 | $1,625.00 |
| MAR-18-24 | Matthew B. Hayes | Review and revise draft joint Rule 26(f) report and provide direction to K. Pawlenko re same. | 0.80 | $700.00 | $560.00 |
| MAR-19-24 | Kye D. Pawlenko | Meet and confer with defense counsel re ADR selection (0.4); review file and begin outlining initial sets of written discovery (3.6); conduct legal research and factual analysis re discovery necessary for class certification and prepare notes re same (3.1). | 7.10 | $650.00 | $4,615.00 |
| MAR-20-24 | Kye D. Pawlenko | Outline first set of document requests (0.7); conduct research re email discovery necessary for liability and certification (2.9); begin drafting first set of document requests (3.0); review and revise same (0.5). | 7.10 | $650.00 | $4,615.00 |
| MAR-21-24 | Kye D. Pawlenko | Review and analyze defense counsel's edits to joint Rule 26(f) report (0.5); further revise joint report (0.7); telephone conference with defense counsel re finalizing report (0.4); continue drafting first set of document requests (2.9); review and revise same (0.7). | 5.20 | $650.00 | $3,380.00 |
| MAR-22-24 | Kye D. Pawlenko | Meet and confer with defense counsel re joint motion to hold case management conference remotely (0.4); review and revise draft joint motion re same (0.4); outline interrogatories (0.8); conduct legal research re data needed for class certification (1.9); begin drafting first set of interrogatories (1.2). | 4.90 | $650.00 | $3,185.00 |
| MAR-23-24 | Kye D. Pawlenko | Continue drafting first set of interrogatories (1.6); review and revise same (0.5). | 2.10 | $650.00 | $1,365.00 |
| MAR-25-24 | Kye D. Pawlenko | Outline requests for admission (0.5); conduct legal research re same (1.2); draft requests for admissions (1.3); review and revise same (0.5); review, revise and supplement document requests (1.6). | 5.10 | $650.00 | $3,315.00 |
| MAR-26-24 | Kye D. Pawlenko | Review and analyze case file and further revise interrogatories and requests for admission. | 1.90 | $650.00 | $1,235.00 |
| MAR-26-24 | Matthew B. Hayes | Review, revise and supplement draft first set of document requests (2.2); conduct legal research re additional document requests (1.8); review, revise and supplement draft interrogatories (1.3); review, revise and supplement draft requests for admissions (1.0); conduct legal research re same (1.2). | 7.50 | $700.00 | $5,250.00 |
| MAR-27-24 | Kye D. Pawlenko | Review, revise and finalize initial sets of written discovery (1.8); prepare cover email to defense counsel attaching and discussing same (0.4). | 2.20 | $650.00 | $1,430.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| APR-02-24 | Matthew B. Hayes | Review and analyze case management order (0.3); meet and confer with defense counsel re Intuit's objections to commencing discovery (0.5); draft response correspondence re same (0.7). | 1.50 | $700.00 | $1,050.00 |
| APR-03-24 | Matthew B. Hayes | Further meet and confer with defense counsel re Plaintiff's initial sets of wrriten discovery. | 0.50 | $700.00 | $350.00 |
| APR-08-24 | Matthew B. Hayes | Review and analyze transcript of argument at hearing on motion to dismiss. | 0.60 | $700.00 | $420.00 |
| APR-11-24 | Matthew B. Hayes | Meet and confer with defense counsel re selecting ADR (0.4); research potential mediators (1.2). | 1.60 | $700.00 | $1,120.00 |
| APR-22-24 | Matthew B. Hayes | Meet and confer with defense counsel re Plaintiff's initial discovery requests and responding to same. | 1.00 | $700.00 | $700.00 |
| APR-25-24 | Matthew B. Hayes | Further meet and confer with defense counsel re scheduling for responding to Plaintiff's discovery. | 0.60 | $700.00 | $420.00 |
| MAY-03-24 | Matthew B. Hayes | Meet and confer with defense counsel re selecting mediator (0.4); continue researching potential mediators (0.6). | 1.00 | $700.00 | $700.00 |
| MAY-10-24 | Matthew B. Hayes | Review and analyze Intuit's responses and objections to first set of document requests and prepare notes re same (1.3); meet and confer with defense counsel re potential mediators (0.3). | 1.60 | $700.00 | $1,120.00 |
| MAY-13-24 | Matthew B. Hayes | Continue reviewing and analyzing Intuit's responses to first set of documents and outline meet and confer issues (1.2); meet and confer with defense counsel re stipulated protective order (0.7). | 1.90 | $700.00 | $1,330.00 |
| MAY-15-24 | Matthew B. Hayes | Meet and confer with defense counsel re potential mediators (0.3); continue reviewing and analyzing Intuit's responses to first set of document requests and prepare notes re deficient responses (1.6). | 1.90 | $700.00 | $1,330.00 |
| MAY-17-24 | Matthew B. Hayes | Review and analyze draft stipulation re selection of mediator (0.4); meet and confer re stipulated protective order (0.5). | 0.90 | $700.00 | $630.00 |
| MAY-24-24 | Matthew B. Hayes | Review and analyze recent decision denying motion to dismiss action challenging forfeiture allocation and prepare notes re same (1.5); draft notice of supplemental authority (0.7). | 2.20 | $700.00 | $1,540.00 |
| JUN-06-24 | Matthew B. Hayes | Review and revise draft stipulation protective order (1.1); meet and confer with defense counsel re same (0.6). | 1.70 | $700.00 | $1,190.00 |
| JUN-07-24 | Matthew B. Hayes | Meet and confer with defense counsel re schedule for commencing document production (0.4); begin reviewing and analyzing production of documents bates numbered 1 through 1005 and prepare notes re same (4.2). | 4.60 | $700.00 | $3,220.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JUN-10-24 | Matthew B. Hayes | Review and analyze modified protective order issued by court (0.5); meet and confer with defense counsel re further production of documents (0.4); continue reviewing and analyzing initial production of documents marked Intuit 1 through 1005 and prepare notes re same (3.0); conduct legal research and factual analysis re terms of plan documents produced and prepare notes re same (3.1). | 7.00 | $700.00 | $4,900.00 |
| JUN-11-24 | Matthew B. Hayes | Continue reviewing and analyzing documents bates marked 1 through 1005 and prepare notes re same (3.0); conduct legal research and factual analysis re plan document terms (2.8). | 5.80 | $700.00 | $4,060.00 |
| JUN-12-24 | Matthew B. Hayes | Continue reviewing and analyzing production of documents marked 1 through 1005 and prepare notes re same (5.5); confer with client re case status and initial production (0.7). | 6.20 | $700.00 | $4,340.00 |
| JUN-14-24 | Matthew B. Hayes | Begin reviewing and analyzing supplemental document production of documents bates marked 1006 to 2193 and prepare notes re same. | 5.40 | $700.00 | $3,780.00 |
| JUN-17-24 | Matthew B. Hayes | Continue reviewing and analyze documents marked 1006 to 2193 and prepare notes re benefit committee communications re forfeitures (4.2); conduct legal research and factual analysis re prudence requirements (2.5). | 6.70 | $700.00 | $4,690.00 |
| JUN-18-24 | Kye D. Pawlenko | Review and analyze Intuit's notice of supplemental authority and prepare notes re same (0.9); conduct legal research re responding to same (1.2). | 2.10 | $650.00 | $1,365.00 |
| JUN-18-24 | Matthew B. Hayes | Continue reviewing and analyzing document production marked 1006 to 2193 and prepare notes re communications in same (4.0); conduct further legal research and factual analysis re prudence requirements and meeting minutes (2.8). | 6.80 | $700.00 | $4,760.00 |
| JUN-20-24 | Matthew B. Hayes | Continue reviewing and analyzing Intuit's production of documents marked 1006 through 2193 and prepare notes re same. | 4.10 | $700.00 | $2,870.00 |
| JUN-21-24 | Matthew B. Hayes | Review and analyze Intuit's responses to Plaintiff's requests for admissions and prepare notes re same (1.3); outline potential meet and confer issues re same (0.7); continue reviewing and analyzing production of documents marked 1006 to 2193 and prepare notes re same (3.8); conduct legal research and factual analysis re Intuit communications re forfeiture allocations (2.0). | 7.80 | $700.00 | $5,460.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-24-24 | Matthew B. Hayes | Review and analyze Intuit's written responses to interrogatories and prepare notes re same (1.3); outline meet and confer issues re same (0.5); begin reviewing and analyzing further supplemental production of documents marked 2194 to 2230 re fees charged to participants and prepare notes re same (2.0); conduct legal research and factual analysis re administrative fees (2.3). | 6.10 | $700.00 | $4,270.00 |
| JUN-24-24 | Matthew B. Hayes | Continue reviewing and analyzing Intuit's production re fees charged to participants (2.5); conduct further legal research and factual analysis re administrative expenses charged to participants and prepare notes re same (3.1). | 5.60 | $700.00 | $3,920.00 |
| JUN-26-24 | Matthew B. Hayes | Continue reviewing and analyzing Intuit's responses to interrogatories and prepare notes re same (0.8); outline additional discovery necessary for class certification (1.5); conduct legal research re same (2.8). | 5.10 | $700.00 | $3,570.00 |
| JUN-28-24 | Matthew B. Hayes | Continue reviewing and analyzing Intuit's document production to date and prepare notes re same (3.6); conduct legal research re outstanding discovery needed for class certification (2.3). | 5.90 | $700.00 | $4,130.00 |
| AUG-06-24 | Matthew B. Hayes | Conduct legal research and factual analysis re deposition discovery required for class certification and merits and prepare notes re same (2.8); begin outlining categories for notice of Rule 30(b)(6) deposition (1.0). | 3.80 | $700.00 | $2,660.00 |
| AUG-07-24 | Matthew B. Hayes | Begin drafting categories for notice of Rule 30(b)(6) depo (0.9); conduct legal research re necessary discovery (1.4); review and revise notice (0.5). | 2.80 | $700.00 | $1,960.00 |
| AUG-09-24 | Matthew B. Hayes | Continue drafting categories for notice of Rule 30(b)(6) deposition (0.8); review and revise same (0.4). | 1.20 | $700.00 | $840.00 |
| AUG-12-24 | Kye D. Pawlenko | Review and analyze order denying motion to dismiss (1.2); confer with client re case status (0.7); confer with M. Hayes re modifying case deadlines (0.3); meet and confer with defense counsel re same (0.5). | 2.70 | $650.00 | $1,755.00 |
| AUG-12-24 | Matthew B. Hayes | Review and analyze order denying motion to dismiss. | 0.90 | $700.00 | $630.00 |
| AUG-13-24 | Kye D. Pawlenko | Review and revise notice of Rule 30(b)(6) deposition (0.9); provide direction to M. Hayes re edits to same (0.4). | 1.30 | $650.00 | $845.00 |
| AUG-13-24 | Matthew B. Hayes | Finish drafting notice of Rule 30(b)(6) deposition(0.9); review, revise and finalize same (0.8); prepare email to defense counsel attaching and discussing deposition notice (0.6). | 2.30 | $700.00 | $1,610.00 |
| AUG-16-24 | Matthew B. Hayes | Meet and confer with defense counsel re depositions, case deadlines, and outstanding document prouction. | 1.60 | $700.00 | $1,120.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| AUG-18-24 | Matthew B. Hayes | Further meet and confer with defense counsel re outstanding document productions and depositions. | 0.50 | $700.00 | $350.00 |
| AUG-21-24 | Matthew B. Hayes | Meet and confer with defense counsel re outstanding discovery. | 0.40 | $700.00 | $280.00 |
| AUG-22-24 | Matthew B. Hayes | Meet and confer with defense counsel re extending deadline to file answer (0.5); review and revise stipulation re same (0.8). | 1.30 | $700.00 | $910.00 |
| AUG-28-24 | Matthew B. Hayes | Meet and confer with defense counsel re scheduling depositions. | 0.40 | $700.00 | $280.00 |
| AUG-29-24 | Matthew B. Hayes | Meet and confer with defense counsel re outstanding discovery and adjusting remaining case deadlines. | 0.60 | $700.00 | $420.00 |
| AUG-30-24 | Matthew B. Hayes | Review and revise draft stipulation adjusting case deadlines (0.9); meet and confer with defense counsel re same (0.4). | 1.30 | $700.00 | $910.00 |
| SEP-05-24 | Matthew B. Hayes | Telephone conference with defense counsel re opening settlement negotiations (0.3); confer with client re case status (0.4); review file and evaluate opening demand (1.2). | 1.90 | $700.00 | $1,330.00 |
| SEP-06-24 | Matthew B. Hayes | Meet and confer with defense counsel re finalizing stipulation to adjust case deadlines (0.6); review and analyze file and calculate damages for settlement demand (2,2); conduct legal research and factual analysis re recoverable damages (3.5). | 6.30 | $700.00 | $4,410.00 |
| SEP-09-24 | Matthew B. Hayes | Review and analyze Intuit's answer and prepare notes re same (1.0); outline additional discovery needed inlight of assertions in answer (1.8). | 2.80 | $700.00 | $1,960.00 |
| SEP-10-24 | Matthew B. Hayes | Continue reviewing and analyzing Intuit's answer and affirmative defense (0.8); conduct legal research and factual analysis re affirmative defenses asserted by Intuit (2.9); outline additional discovery re affirmative defenses (1.4); telephone conference with defense counsel re further settlement negotiations (0.4). | 5.50 | $700.00 | $3,850.00 |
| OCT-09-24 | Matthew B. Hayes | Meet and confer with defense counsel re scheduling Rule 30(b)(6) deposition (0.4); draft follow up meet and confer correspondence (0.9). | 1.30 | $700.00 | $910.00 |
| OCT-24-24 | Matthew B. Hayes | Telephone conference with defense counsel re settlement negotiations. | 0.40 | $700.00 | $280.00 |
| OCT-25-24 | Matthew B. Hayes | Review and analyze correspondence attaching supplemental production of documents bates marked 2231 through 7682 (0.4); begin reviewing an analyzing supplemental production and prepare notes re same (4.4). | 4.80 | $700.00 | $3,360.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| OCT-28-24 | Matthew B. Hayes | Continue reviewing and analyzing documents bates marked 2231 through 7682 and prepare notes re same (4.2); conduct legal research and factual analysis re forfeiture communications included in production and prepare notes re same (2.7). | 6.90 | $700.00 | $4,830.00 |
| OCT-29-24 | Matthew B. Hayes | Continue reviewing and analyzing documents bates marked 2231 through 7682 and prepare notes re same (4.0); begin outlining questions for Rule 30(b)(6) deposition (2.7). | 6.70 | $700.00 | $4,690.00 |
| OCT-30-24 | Matthew B. Hayes | Telephone conference with defense counsel re settlement negotiations (0.3); continue reviewing and analyzing documents bates marked 2231 through 7682 and prepare notes re same (4.2); continue drafting outline of deposition for Rule 30(b)(6) witness (2.5); review and revise same (0.5). | 7.50 | $700.00 | $5,250.00 |
| OCT-31-24 | Matthew B. Hayes | Further telephone conference with defense counsel re settlement negotiations and upcoming deposition (0.4); continue reviewing and analyzing documents bates marked2231 to 7682 and prepare notes re same (3.8); conduct further legal research and factual analysis re communications in same (1.6); continue preparing outline for deposition of Rule 30(b)(6) witness (2.3). | 8.10 | $700.00 | $5,670.00 |
| NOV-01-24 | Matthew B. Hayes | Continue reviewing and analyzing documents bates marked 2231 through 7682 and prepare notes re same (4.3); continue preparing outline of questions for Rule 30(b)(6) deposition (2.4); review and revise same (0.7). | 7.40 | $700.00 | $5,180.00 |
| NOV-04-24 | Matthew B. Hayes | Prepare notice of deposition for G. Lawler (0.5); continue reviewing and analyzing Intuit document production and prepare notes re same (3.4); continue preparing outline for deposition of Rule 30(b)(6) witness (2.1). | 6.00 | $700.00 | $4,200.00 |
| NOV-05-24 | Matthew B. Hayes | Continue reviewing and analyzing Intuit's document production and prepare notes re same (3.0); outline questions for deposition of G. Lawler (2.3); review and revise same (0.9). | 6.20 | $700.00 | $4,340.00 |
| NOV-06-24 | Matthew B. Hayes | Continue preparing outline for deposition of Rule 30(b)(6) witness (1.8); review and analyze potential exhibits for same (1.0); continue reviewing documents marked 2231 through 7682 and assemble evidence for class certification motion (4.3). | 7.10 | $700.00 | $4,970.00 |
| NOV-07-24 | Matthew B. Hayes | Telephone conference with defense counsel re potential mediation and parameters for same (0.4); continue preparing deposition outline for 30(b0(6) witness 2.2). | 2.60 | $700.00 | $1,820.00 |
| NOV-08-24 | Matthew B. Hayes | Further telephone conference with defense counsel re potential mediation (0.3); continue reviewing and analyzing Intuit's document production and prepare notes re same (2.3). | 2.60 | $700.00 | $1,820.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| NOV-09-24 | Matthew B. Hayes | Continue reviewing and outlining Intuit's document production and assemble potential exhibits for depositions. | 4.20 | $700.00 | $2,940.00 |
| NOV-13-24 | Matthew B. Hayes | Continue reviewing and analyzing Intuit's document production and prepare notes re same (3.0); conduct legal research and factual analysis re forms of administrative expenses charged to participants (2.2). | 5.20 | $700.00 | $3,640.00 |
| NOV-14-24 | Matthew B. Hayes | Meet and confer with defense counsel re staying action and submitting matter to mediation (0.4); review and revise stipulation re same (0.5). | 0.90 | $700.00 | $630.00 |
| NOV-15-24 | Matthew B. Hayes | Meet and confer with defense counsel re selecting mediation (0.5); further revise stipulation to stay action and mediate (0.4). | 0.90 | $700.00 | $630.00 |
| NOV-16-24 | Matthew B. Hayes | Further revise stipulation to stay action and submit case to mediation (0.4); meet and confer with defense counsel re same (0.4); confer with client re case status (0.5). | 1.30 | $700.00 | $910.00 |
| NOV-20-24 | Matthew B. Hayes | Review and analyze mediator class action checklist and requirements for pre-mediation call (0.7); begin outlining mediation brief (1.2); begin conducting legal research and factual analysis for mediation brief (3.2). | 5.10 | $700.00 | $3,570.00 |
| DEC-09-24 | Matthew B. Hayes | Continue outlining mediation brief (1.0); conduct legal research and factual analysis re breach of duty of loyalty claim for mediation brief and prepare notes re same (3.4). | 4.40 | $700.00 | $3,080.00 |
| DEC-10-24 | Matthew B. Hayes | Continue conducting legal research and factual analysis re breach of duty of loyalty claim for mediation brief and prepare notes re same (4.2); review and analyze exhibits for breach of duty of loyalty (2.2). | 6.40 | $700.00 | $4,480.00 |
| DEC-11-24 | Kye D. Pawlenko | Prepare for and participate in telephone conference with mediator and defense counsel re preparations for mediation. | 1.10 | $650.00 | $715.00 |
| DEC-11-24 | Matthew B. Hayes | Prepare for and participate in telephone conference with mediator and defense counsel re preparing for mediation (1.1); continue conducting legal research and factual analysis on breach of duty of loyalty for mediation brief (2.8); begin drafting argument re breach of loyalty claim (2.4); review and revise same (1.0). | 7.30 | $700.00 | $5,110.00 |
| DEC-12-24 | Matthew B. Hayes | Continue drafting argument for mediation brief re breach of duty of loyalty claim (3.9); review and revise same (1.0); review, analyze and assemble exhibits for breach of duty of loyalty claim (2.1). | 7.00 | $700.00 | $4,900.00 |
| DEC-13-24 | Matthew B. Hayes | Conduct legal research and factual analysis for mediation brief re breach of duty of prudence and prepare notes re same (2.9); outline duty of prudence arguments for mediation brief (1.5); review and revise arguments re breach of duty of loyalty (0.9). | 5.30 | $700.00 | $3,710.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| DEC-16-24 | Matthew B. Hayes | Continue conducting legal research and factual analysis for mediation brief re breach of duty of prudence and prepare notes re same (3.5); draft argument for mediation brief re breach of duty of prudence (2.1); review and revise same (0.8). | 6.40 | $700.00 | $4,480.00 |
| DEC-17-24 | Matthew B. Hayes | Continue drafting argument for mediation brief re duty of prudence (2.9); conduct legal research and factual analysis re same (2.4); review and revise brief (1.2). | 6.50 | $700.00 | $4,550.00 |
| DEC-18-24 | Matthew B. Hayes | Continue drafting argument for mediation brief re duty of prudence (2.8); review and revise same (0.7); outline argument re violation of anti-inurement provision of ERISA (1.0); conduct legal research and factual analysis re same (2.2). | 6.70 | $700.00 | $4,690.00 |
| DEC-19-24 | Matthew B. Hayes | Continue conducting legal research and factual analysis re breach of anti-inurement claim for mediation brief and prepare notes re same (2.1); draft anti-inurement argument for mediation brief (2.0); review and revise same; review and analyze exhibits in support of breach of duty of prudence claim (2.3). | 6.40 | $700.00 | $4,480.00 |
| DEC-20-24 | Matthew B. Hayes | Continue drafting anti-inurement argument for mediation brief (1.9); review, analyze and assemble exhibits for same (2.0); outline prohibited transactions argument for mediation brief (1.0); conduct legal research and factual analysis re same (3.1). | 8.00 | $700.00 | $5,600.00 |
| DEC-23-24 | Matthew B. Hayes | Continue conducting legal research and factual analysis re prohibited transaction claims (2.9); draft prohibited transaction argument for mediation brief (3.2); review and revise same (0.8). | 6.90 | $700.00 | $4,830.00 |
| DEC-27-24 | Matthew B. Hayes | Continue drafting argument for mediation brief re prohibited transaction claims (2.8); review and revise same (0.8); review, analyze and assemble exhibits for same (2.7). | 6.30 | $700.00 | $4,410.00 |
| DEC-30-24 | Matthew B. Hayes | Continue drafting argument for mediation brief re prohibited transaction claims (3.7); conduct legal research for same (2.0); review and revise same (1.4). | 7.10 | $700.00 | $4,970.00 |
| DEC-31-24 | Matthew B. Hayes | Continue preparing initial draft of mediation brief (3.2); review, analyze and assemble exhibits for same (2.4); review and revise brief (1.9). | 7.50 | $700.00 | $5,250.00 |
| JAN-02-25 | Kye D. Pawlenko | Review and revise initial draft of mediation brief (2.5); confer with client re case status (0.5); conduct legal research and factual analysis for mediation brief (2.1). | 5.10 | $650.00 | $3,315.00 |
| JAN-03-25 | Matthew B. Hayes | Conduct legal research and factual analysis re recoverable damages for mediation (2.9); further revise and redraft mediation brief (2.5). | 5.40 | $700.00 | $3,780.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| JAN-06-25 | Matthew B. Hayes | Conduct legal research and factual analysis re recoverable expenses for mediation (3.4); prepare damage model for mediation (1.9); further revise mediation brief (2.6). | 7.90 | $700.00 | $5,530.00 |
| JAN-07-25 | Matthew B. Hayes | Finish drafting mediation brief (2.3); review, revise and finalize mediation brief (1.7); review, revise and finalize class action checklist for mediator (0.8). | 4.80 | $700.00 | $3,360.00 |
| JAN-17-25 | Matthew B. Hayes | Telephone conference with defense counsel re arguments in Plaintiff's mediation brief (0.4); confer with client re case status (0.4); conduct legal research and factual analysis re concerns raised by defense counsel with recoverable damages and prepare notes re same for mediation (2.3). | 3.10 | $700.00 | $2,170.00 |
| JAN-21-25 | Kye D. Pawlenko | Review and analyze Intuit's mediation brief and prepare notes re same (1.9); begin conducting legal research re authorities and arguments therein and prepare notes re same (3.8). | 5.70 | $650.00 | $3,705.00 |
| JAN-22-25 | Kye D. Pawlenko | Continue conducting legal research and factual analysis re authorities cited in Intuit's mediation brief and prepare notes re same (2.5); conduct legal research and factual analysis re pleadings as limitation on damages and prepare notes re same (2.8). | 5.30 | $650.00 | $3,445.00 |
| JAN-22-25 | Matthew B. Hayes | Review and analyze Intuit's mediation brief and prepare notes re same (2.0); review and analyze Intuit's class action term sheet checklist and prepare notes re same (0.7); conduct legal research and factual analysis re authorities and arguments in Intuit's mediation brief and prepare notes re same (2.9). | 5.60 | $700.00 | $3,920.00 |
| JAN-23-25 | Kye D. Pawlenko | Conduct legal research re recoverable damages and prepare notes re same (1.7); conduct legal research and factual analysis re standard of review for plan interpretation and prepare notes re same (2.9); draft memo for mediation re standard of review for plan interpretation by fiduciary to rebut Intuit's arguments (1.5). | 6.10 | $650.00 | $3,965.00 |
| JAN-24-25 | Kye D. Pawlenko | Continue drafting memo for mediation re standard of review for fiduciary interpretation of plan (1.2); review and revise same (0.5); draft memo for mediation re damages recoverable in ERISA action (2.0); review and revise same (0.4); conduct legal research and factual analysis re investment management fees as administrative expenses and prepare notes re same (2.2). | 6.30 | $650.00 | $4,095.00 |
| JAN-25-25 | Kye D. Pawlenko | Continue drafting memo for mediation brief re damages recoverable in ERISA action (1.8); review and revise same (0.6); draft memo for mediation re investment management fees as recoverable administrative expenses (1.4); conduct further legal research and factual analysis re same (1.9). | 5.70 | $650.00 | $3,705.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JAN-27-25 | Kye D. Pawlenko | Finish drafting memo for mediation re definition of administrative fees under ERISA (2.3); review and revise same (0.4); confer with client to prepare for mediation (0.6). | 3.30 | $650.00 | $2,145.00 |
| JAN-28-25 | Kye D. Pawlenko | Participate in full day mediation. | 7.80 | $650.00 | $5,070.00 |
| JAN-28-25 | Matthew B. Hayes | Prepare for and participate in full day mediation (7.8); meet and confer with defense counsel re settlement term sheet (0.3); confer with client re settlement negotiations (0.9). | 9.00 | $700.00 | $6,300.00 |
| FEB-07-25 | Matthew B. Hayes | Review and revise draft status report re mediation and ongoing settlement negotiations (0.4); meet and confer with defense counsel re same (0.3). | 0.70 | $700.00 | $490.00 |
| FEB-24-25 | Matthew B. Hayes | Meet and confer with defense counsel re ongoing settlement negotiations. | 0.60 | $700.00 | $420.00 |
| FEB-25-25 | Matthew B. Hayes | Further meet and confer with defense counsel re ongoing settlement negotiations. | 0.50 | $700.00 | $350.00 |
| FEB-27-25 | Matthew B. Hayes | Review and revise status report to court re ongoing settlement negotiations (0.4); meet and confer with defense counsel re same (0.4). | 0.80 | $700.00 | $560.00 |
| FEB-28-25 | Matthew B. Hayes | Further meet and confer with defense counsel re ongoing settlement negotiations. | 0.60 | $700.00 | $420.00 |
| MAR-02-25 | Matthew B. Hayes | Meet and confer with defense counsel re settlement negotiations (0.5); confer with client re case status (0.5). | 1.00 | $700.00 | $700.00 |
| MAR-24-25 | Matthew B. Hayes | Review, revise and redraft initial draft of settlement (1.4); conduct legal research re settlement terms (2.3). | 3.70 | $700.00 | $2,590.00 |
| MAR-25-25 | Matthew B. Hayes | Continue revising and redrafting settlement agreement (2.3); conduct further legal research and factual analysis re same (2.4). | 4.70 | $700.00 | $3,290.00 |
| MAR-26-25 | Matthew B. Hayes | Confer with client re draft settlement (0.9); continue reviewing, revising and redrafting portions of same (2.3). | 3.20 | $700.00 | $2,240.00 |
| MAR-27-25 | Matthew B. Hayes | Conduct legal research and factual analysis re proposed settlement terms and prepare notes re same (2.5); further revise and redraft portion of settlement (1.8). | 4.30 | $700.00 | $3,010.00 |
| MAR-28-25 | Matthew B. Hayes | Conduct legal research and factual analysis re scope of proposed release and prepare notes re same (2.0); continue revising and redrafting settlement terms (1.4). | 3.40 | $700.00 | $2,380.00 |
| MAR-31-25 | Matthew B. Hayes | Review and revise draft settlement. | 1.00 | $700.00 | $700.00 |
| APR-03-25 | Kye D. Pawlenko | Review and revise initial draft of settlement and provide direction to M. Hayes re same. | 1.90 | $650.00 | $1,235.00 |
| APR-03-25 | Matthew B. Hayes | Meet and confer with defense counsel re edits to draft settlement agreement. | 1.30 | $700.00 | $910.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| APR-09-25 | Matthew B. Hayes | Meet and confer with defense counsel re second draft of settlement agreement (0.6); review, revise and redraft same (1.2). | 1.80 | $700.00 | $1,260.00 |
| APR-10-25 | Matthew B. Hayes | Meet and confer with defense counsel re edits to second draft of settlement. | 0.50 | $700.00 | $350.00 |
| APR-14-25 | Matthew B. Hayes | Telephone conference with defense counsel re settlement negotiations (0.4); further revise second draft of settlement agreement (0.9); meet and confer with defense counsel re same (0.5); research potential settlement administrators (0.8). | 2.60 | $700.00 | $1,820.00 |
| APR-17-25 | Matthew B. Hayes | Research potential settlement administrators and meet and confer with defense counsel re same. | 0.60 | $700.00 | $420.00 |
| APR-18-25 | Matthew B. Hayes | Meet and confer with defense counsel re third draft of settlement (0.4); review and revise same (1.2); meet and confer with defense counsel re edits (0.4). | 2.00 | $700.00 | $1,400.00 |
| APR-21-25 | Matthew B. Hayes | Meet and confer with defense counsel re selection of settlement administrator (0.3); review and revise proposed preliminary approval order (1.0); conduct legal research re same (0.9). | 2.20 | $700.00 | $1,540.00 |
| APR-22-25 | Matthew B. Hayes | Review and revise proposed final approval order (0.8); conduct legal research re requirements for preliminary and final approval orders (1.7); further revise proposed orders (1.2). | 3.70 | $700.00 | $2,590.00 |
| APR-25-25 | Matthew B. Hayes | Meet and confer with defense counsel re finalizing proposed preliminary approval and final approval orders. | 0.40 | $700.00 | $280.00 |
| APR-25-25 | Matthew B. Hayes | Outline motion for preliminary approval of settlement (1.4); conduct legal research and factual analysis re requirements for preliminary approval and prepare notes re same (4.7). | 6.10 | $700.00 | $4,270.00 |
| APR-28-25 | Matthew B. Hayes | Review, revise and redraft proposed class notice (1.2); conduct legal research re same (1.0); review, revise and redraft plan of allocation (0.9); conduct legal research re same (1.0); meet and confer with defense counsel re edits to proposed class notice and plan of allocation (0.9). | 5.00 | $700.00 | $3,500.00 |
| APR-28-25 | Matthew B. Hayes | Begin drafting motion for preliminary approval of class settlement (2.9); conduct legal research and factual analysis re each factor relevant to approval and prepare notes re same (3.7). | 6.60 | $700.00 | $4,620.00 |
| APR-29-25 | Matthew B. Hayes | Review and revise notice of settlement to court (0.4); meet and confer with defense counsel re same (0.5); continue drafting brief in support of motion for preliminary approval (4.5). | 5.40 | $700.00 | $3,780.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|---------|-------------|-------|------|--------|
| APR-30-25 | Matthew B. Hayes | Review and analyze evidence in support of motion for preliminary approval and prepare notes re same (2.1); continue drafting motion for preliminary approval (4.0); review and revise same (1.3). | 7.40 | $700.00 | $5,180.00 |
| MAY-01-25 | Matthew B. Hayes | Telephone conference with clients re review of settlement documents (1.3); continue drafting motion for preliminary approval (3.4); review and revise same (0.8). | 5.50 | $700.00 | $3,850.00 |
| MAY-02-25 | Matthew B. Hayes | Further telephone conference with client re review of settlement (0.8); meet and confer with defense counsel re finalizing settlement (0.4); continue drafting motion for preliminary approval (3.1). | 4.30 | $700.00 | $3,010.00 |
| MAY-05-25 | Matthew B. Hayes | Meet an confer with defense counsel re revisions to plan of allocation and proposed order re motion for preliminary approval (0.5); continue drafting motion for preliminary approval (2.5); review and revise same (0.9). | 3.90 | $700.00 | $2,730.00 |
| MAY-06-25 | Matthew B. Hayes | Continue drafting motion for preliminary approval (2.4); conduct further legal research for same (1.9); review and revise same (0.7). | 5.00 | $700.00 | $3,500.00 |
| MAY-07-25 | Kye D. Pawlenko | Review, revise and supplement brief in support of motion for preliminary approval (2.5); conduct legal research for same (1.2). | 3.70 | $650.00 | $2,405.00 |
| MAY-08-25 | Matthew B. Hayes | Confer with K. Pawlenko re edits to brief in support of motion for preliminary approval (0.6); review and revise brief (0.8). | 1.40 | $700.00 | $980.00 |
| MAY-09-25 | Matthew B. Hayes | Review, revise and finalize initial draft brief in support of motion for preliminary approval (1.5); meet and confer with defense counsel re same (0.4). | 1.90 | $700.00 | $1,330.00 |
| MAY-10-25 | Matthew B. Hayes | Meet and confer with defense counsel re final edits to settlement. | 0.40 | $700.00 | $280.00 |
| MAY-12-25 | Matthew B. Hayes | Review and analyze defense counsel edits to brief in support of motion for preliminary approval (1.0); further revise brief (1.3). | 2.30 | $700.00 | $1,610.00 |
| MAY-13-25 | Matthew B. Hayes | Meet and confer with defense counsel re edits to brief in support of motion for preliminary approval (0.7); further revise same (1.2). | 1.90 | $700.00 | $1,330.00 |
| MAY-15-25 | Matthew B. Hayes | Meet and confer with defense counsel re edits to brief in support of motion for preliminary approval (0.5); draft declaration in support of motion for preliminary approval (1.9); review and revise same (0.4). | 2.80 | $700.00 | $1,960.00 |
| MAY-16-25 | Matthew B. Hayes | Review, revise and finalize motion for preliminary approval and attend to filing of same (1.6); confer with client re case status (0.4). | 2.00 | $700.00 | $1,400.00 |
| JUL-01-25 | Matthew B. Hayes | Review file and prepare notes for hearing on motion for preliminary approval. | 2.90 | $700.00 | $2,030.00 |

| DATE | PROJECT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUL-02-25 | Matthew B. Hayes | Travel to and attend hearing on motion for preliminary approval of class settlement (3.2); meet and confer with defense counsel re edits to proposed order (0.3). | 3.50 | $700.00 | $2,450.00 |
| JUL-03-25 | Matthew B. Hayes | Review and revise draft join statement re revisions to proposed order (0.7); meet and confer with defense counsel re same (0.4). | 1.10 | $700.00 | $770.00 |
| JUL-07-25 | Matthew B. Hayes | Meet and confer with defense counsel re final edit to joint statement (0.5); review, revise and finalize joint statement re revisions to proposed order granting preliminary approval (0.5). | 1.00 | $700.00 | $700.00 |
| JUL-15-25 | Matthew B. Hayes | Review order granting preliminary approval (0.5); confer with client re case status (0.4). | 0.90 | $700.00 | $630.00 |
| JUL-16-25 | Matthew B. Hayes | Provide direction to settlement administrator re proceeding with preparing class notice. | 0.60 | $700.00 | $420.00 |
| SEP-02-25 | Matthew B. Hayes | Telephone conference with client re case status. | 0.40 | $700.00 | $280.00 |
| SEP-04-25 | Matthew B. Hayes | Review and revise draft template for class notice and provide direction to settlement administrator re necessary edits. | 0.80 | $700.00 | $560.00 |
| SEP-05-25 | Matthew B. Hayes | Review revised template for class notice and provide direction to settlement administrator re same. | 0.50 | $700.00 | $350.00 |
| | | Total amount of this invoice | | | $558,600.00 |