# EXHIBIT 5

<em>Rodriguez v. Intuit, Inc., et al.</em><br>
United States District Court, Northern District of California<br>
Case No. 5:23-cv-05053-PCP

## HAYES PAWLENKO LLP COST REPORT

| CATEGORY | COSTS |
|---|---|
| Filing Fees | $402 |
| Messengers & Attorney Service (One Legal) | $80 |
| Copying Costs | $1,536.40 |
| Mediation Fees (JAMS ADR – Judge Denlow (Ret.)) | $15,155 |
| Travel (lodging, gas, parking) | $670.96 |
| **TOTAL** | **$17,844.36** |