UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH RODRIGUEZ, individually and as a representative of a class of participants and beneficiaries on behalf of the Intuit Inc. 401(k) Plan,<br><br>Plaintiff,<br><br>v.<br><br>INTUIT INC.; THE EMPLOYEE BENEFITS ADMINISTRATIVE COMMITTEE OF THE INTUIT INC. 401(K) PLAN; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 5:23-cv-05053-PCP<br><br>**[PROPOSED] ORDER RE MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND CLASS REPRESENTATIVE SERVICE AWARD**<br><br>Date: November 13, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8 |

Plaintiff Deborah Rodriguez ("Plaintiff") moved the Court for an order approving deductions from the class action settlement for attorneys' fees, litigation costs, and a class representative service award. Having carefully considered the motion, its supporting papers, and the arguments of counsel, the Court will grant the motion as follows:

1. The Court approves attorneys' fees to Hayes Pawlenko LLP in the amount of $647,155.64;

2. The Court approves the reimbursement of litigation costs to Hayes Pawlenko LLP in the amount of $17,844.36; and

3. The Court approves a service award to Plaintiff in the amount of $5,000.

**IT IS SO ORDERED**

DATED:_____ _____
HON. P. CASEY PITTS
United States District Judge